# UNITED STATES DISTRICT COURT
## for the
### Middle District of Louisiana

FILED
U.S. DIST. COURT
MIDDLE DIST. LA

2008 JUL 22 A 10: 18

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenneth R. Jones | ) | Case No:   3:02CR00102-001 |
| | ) | USM No:   03863-095 |
| Date of Previous Judgment:   6/17/2004 | ) | Jean M. Faria, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   [ ] the defendant   [ ] the Director of the Bureau of Prisons   [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [ ] DENIED.   [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   83   months **is reduced to**   71 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   31                         Amended Offense Level:   29
Criminal History Category:   I                       Criminal History Category:   I
Previous Guideline Range:   108   to   135   months    Amended Guideline Range:   87   to   108   months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ]   The reduced sentence is within the amended guideline range.
[x]   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]   Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   6/17/2004   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   July 21, 2008

Effective Date:   _____
(if different from order date)

_____
Judge's signature

Ralph E. Tyson, Chief Judge
Printed name and title